**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00913-BNB

GREGG J. SAVAJIAN,

    Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on "Plaintiff's Motion Requesting Clarification of Order to File 'A Reply to the Pre-Answer (or) An Amended Application' and a Motion for an Enlargement of Time to Reply to Either" (Doc. No. 15), filed on July 7, 2011.  The Motion is GRANTED in part.

    The June 23, 2011 Order is clear on its face and Applicant correctly understands the Order as he has requested an additional thirty days to either reply or amend. Applicant will be allowed **thirty (30) days from the date of this minute order** to comply with the June 23 Order.  No further extensions of time will be granted without just cause.

Dated:  July 12, 2011