IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00913-BNB

GREGG JOSEPH SAVAJIAN,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 1 8 2011

GREGORY C. LANGHAM
                CLERK

---

## SECOND ORDER FOR STATE COURT RECORD

---

On September 16, 2011, Respondents were ordered to file within thirty days certain portions of the state court record in Case No. 03CR3131. Respondents have failed either to submit the requested records or to communicate with the Court why they are unable to comply with the September 16 Order. Accordingly, it is

ORDERED that **within fourteen days from the date of this Order** Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the district court order in Case No. 03CR3131 denying Applicant's second Colo. R. Crim. P. 35(c) postconviction motion, the transcript of the evidentiary hearing held regarding the disposition of Applicant's ineffective assistance of counsel claims, and any other part of the state court record that pertains to the disposition of Applicant's ineffective assistance of counsel claims by the district court. In the alternative,

Respondents shall file a complete record of Applicant's state court proceedings in Case No. 03CR3131, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this Order to the following for assistance in facilitating the provision of the needed state court record:

(1) Clerk of the Court
Jefferson County Combined Courts
Att: Appeals
100 Jefferson County Parkway
Golden, Colorado 80401;

(2) Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado  80203; and

(3) Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado  80202

DATED October 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00913-BNB

Gregg Joseph Savajian
Prisoner No. 125166
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

Clerk of the Court
Jefferson County Combined Courts
Att: Appeals
100 Jefferson County Parkway
Golden, Colorado 80401

Assistant Solicitor General
Appellate Division
Office of the Attorney General
1525 Sherman Street
Denver, Colorado 80203

Court Services Manager
State Court Administrator's Office
101 W. Colfax, Ste. 500
Denver, Colorado 80202

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on October 18, 2011.

                                    GREGORY C. LANGHAM, CLERK

                                    By: _____
                                                Deputy Clerk