**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00913-BNB

GREGG JOSEPH SAVAJIAN,

    Applicant,

v.

WARDEN KEVIN MILYARD, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On August 23, 2011, Applicant filed a document titled "Plaintiff's Motion Requesting Leave of Court to Expand and/or Clarify Record Pursuant to 28 U.S.C. § 2254, Rule 7" (Doc. No. 22). The motion is GRANTED and the affidavit attached to Motion is noted as received for consideration.

Dated:  October 19, 2011