IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00913-WJM

GREGG JOSEPH SAVAJIAN,

     Applicant,

v.

KEVIN MILYARD, and
JOHN SUTHERS,

     Respondents.

---

## AMENDED[1] FINAL JUDGMENT

---

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

I.     Pursuant to the Order to Dismiss in Part and for Answer (ECF No. 31), filed January 30, 2012, by the Honorable William J. Martinez, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that all ineffective assistance of counsel claims asserted in Claim Three, except the sleeping jurors claim, are dismissed as procedurally barred.

II.     Pursuant to the Order on Application for Writ of Habeas Corpus (ECF No. 39), filed December 10, 2012, by the Honorable William J. Martinez, United States District Judge, and incorporated herein by reference as if fully set forth, it is

ORDERED that Applicant Gregg Joseph Savajian's Application for a Writ of

---

[1]This Final Judgment is amended to reflect the deletion of unnecessary and obsolete procedural orders contained at the end of Docket No. 31.

Habeas Corpus Pursuant to 28 U.S.C. § 2254 ("Application") (ECF No. 1) is DENIED

and the civil action is dismissed WITH PREJUDICE. It is

FURTHER ORDERED that each party shall bear his own costs and attorney's

fees.

DATED at Denver, Colorado *nunc pro tunc* December 11, 2012.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK


By s/ Edward Butler
    Edward P. Butler
    Deputy Clerk