**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO.  11-cv-00913-WJM

GREGG JOSEPH SAVAJIAN,

      Applicant,

vs.

KEVIN MILYARD, and
JOHN SUTHERS,

      Respondents.

**ORDER RETURNING STATE COURT RECORD**

      Upon careful examination of the record, it appears that the disposition of the above captioned case is now final.  It is, therefore

      **ORDERED** that the Clerk shall return the State Court Record.

      Dated this 13th day of June, 2014.

BY THE COURT:

_____
William J. Martínez
United States District Judge